IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | | |
|---|---|---|---|
| **Leon Stambler,** | § | | |
| | § | | |
| **Plaintiff** | § | | |
| | § | | |
| vs. | § | NO. | 2:08-CV-00462 |
| | § | | |
| **Merrill Lynch & Co., et al.,** | § | | JURY |
| | § | | |
| **Defendant.** | § | | |

## NOTICE OF JOINDER IN REPLY BRIEF IN SUPPORT OF DEFENDANTS' MOTION FOR STAY [DOCKET NO. 236]

Defendants Amegy Bank National Association; American Bank of Commerce; BB&T Corporation; Branch Banking and Trust Company; Colonial Bank; The Colonial Bancgroup, Inc.; First National Bank; First National Bank Group, Inc.; HSBC Bank USA, National Association; HSBC National Bank USA; HSBC North America Holdings Inc.; HSBC USA Inc.; Jack Henry & Associates, Inc.; LegacyTexas Bank; LegacyTexas Group, Inc.; Metavante Corporation; Metavante Technologies, Inc.; Morgan Stanley; Morgan Stanley & Co. Incorporated; PNC Bank, Delaware; PNC Bank, National Association; The PNC Financial Services Group, Inc.; Prosperity Bancshares, Inc.; Prosperity Bank; Sterling Bancshares, Inc.; Sterling Bank; SunTrust Bank; SunTrust Banks, Inc.; Texas Capital Bancshares, Inc.; Texas Capital Bank, National Association; U.S. Bancorp; U.S Bank National Association; Zions Bancorporation; and Zions First National Bank (collectively, "Joining Defendants") hereby join in Defendants The Charles Schwab Corporation; Charles Schwab & Co., Inc.; Charles Schwab Bank; E*TRADE Financial Corporation; E*TRADE Bank; Fidelity Brokerage Services LLC; National Financial Services LLC; FMR LLC; Paypal, Inc.; and American Express Company's

(collectively, "Co-Defendants") Reply Brief in Support of Defendants' Motion for Stay (Docket No. 236).

| | |
|---|---|
| Dated May 29, 2009 | Respectfully submitted, |

**CONNOLLY BOVE LODGE & HUTZ LLP**

By: /s/ Anthony H. Son
Anthony H. Son
1875 Eye Street, N.W.
Suite 1100
Washington, D.C. 20006
Tel: 202.331.7111
Fax: 202.293.6229
Email: ason@cblh.com

**PATTON, TIDWELL, & SCHROEDER, LLP**
J. Kurt Truelove (Bar No.: 24013653)
4605 Texas Blvd., P.O. Box 5398
Texarkana, TX 75503
Tel : (903) 792-7080
Fax : (903) 792-8233
Email: ktruelove@texarkanalaw.com

**ATTORNEYS FOR DEFENDANTS**
**Amegy Bank National Association,**
**U.S. Bancorp,**
**U.S. Bank National Association,**
**Zions Bancorporation, and**
**Zions First National Bank**


**BRACEWELL & GIULIANI**

By:   /s/ John F. Luman, III
John F. Luman, III
Texas Bar No. 00794199
711 Louisiana Street
Suite 2300
Houston, TX 77002-2770
Tel:    713.221.1596
Fax:    713.221.1212
Email: john.luman@bgllp.com

**ATTORNEY FOR DEFENDANTS**
**Prosperity Bancshares, Inc., and**
**Prosperity Bank**

**BRACEWELL & GIULIANI**

By:  /s/ Michael D. Pegues
Michael D. Pegues
Texas Bar No. 15730600
1445 Ross Avenue, Suite 3800
Dallas, TX 75202-2711
Tel:    214.758.1091
Fax:   214.758.8391
Email: michael.pegues@bgllp.com

**ATTORNEYS FOR DEFENDANT**
**American Bank of Commerce**

**THE DAVIS FIRM, PC**

By:  /s/ William Ellsworth Davis, III
William Ellsworth Davis, III, *Lead Attorney*
Texas Bar No. 2407416
The Davis Firm, PC
111 West Tyler Street
Longview, TX  75601
Tel:    903.230.9090
Fax:   903.230.9661
Email: bdavis@bdavisfirm.com

**DUANE MORRIS, LLP**

Barry Golob (*Pro Hac Vice*)
505 9th Street N.W., Ste. 1000
Washington, D.C. 20004-2166
Tel:    202.776.7800
Fax:   202.776.7801
Email: bgolob@duanemorris.com

Louis N. Jameson (Georgia Bar No. 003970)
Leah J. Poynter (*Pro Hac Vice*)
1180 West Peachtree Street, Ste. 700
Atlanta, GA  30309

Tel:     404.253.6915
Fax:    404.253.6901
Email: LPoynter@duanemorris.com
Email: WJameson@duanemorris.com

**ATTORNEY FOR DEFENDANTS**
**BB&T Corporation, and**
**Branch Banking and Trust Company**

**ANDREWS KURTH LLP**

By:  /s/ Tonya M. Gray
Gerald C. Conley
Texas Bar No. 04664200
Tonya M. Gray
Texas Bar No. 24012726
1717 Main St.
Suite 3700
Dallas, TX  75201
Tel:     214.659.4400
Fax:    214.659.4401
Email: geraldconley@andrewskurth.com
Email: tonyagray@andrewskurth.com

OF COUNSEL:

William G. Compton
Texas Bar No. 04652350
billcompton@andrewskurth.com
1717 Main Street, Suite 3700
Dallas, Texas 75201
Tel:     214.659.4400
Fax:    214.659.4401

**ATTORNEY FOR DEFENDANTS**
**Colonial Bank,**
**The Colonial Bancgroup, Inc.,**
**Sterling Bancshares, Inc., and**
**Sterling Bank**

**COWLES & THOMPSON**

By:  /s/ Sim Israeloff
Sim Israeloff
Texas Bar No. 10435380
David Johnson
Texas Bar No. 24032598
901 Main Street, Suite 3900
Dallas, TX  75202-3793
Tel:    214.672.2131 (Sim Israeloff)
Fax:    214.672.2331 (Sim Israeloff)
Tel:    214.672.2186 (David Johnson)
Fax:    214.672.2386 (David Johnson)
Email:  sisraeloff@cowlesthompson.com
Email:  djohnson@cowlesthompson.com

**ATTORNEY FOR DEFENDANTS**
**First National Bank,**
**First National Bank Group, Inc.,**
**Jack Henry & Associates, Inc.,**
**LegacyTexas Bank, and**
**LegacyTexas Group, Inc.**


**LOCKE LORD BISSELL & LIDDELL LLP**

By:   /s/ Edwin R. DeYoung
Edwin R. DeYoung
Texas Bar No. 05673000
Roy W. Hardin
Texas Bar No. 08968300
Roger B. Cowie
Texas Bar No. 00783886
2200 Ross Ave.
Suite 2200
Dallas, TX  75201-6776
Tel:    214.740.8500
Fax:    214.740.8800
Email:  edeyoung@lockelorde.com
        rhardin@lockelord.com
        rcowie@lockelord.com

**ATTORNEY FOR DEFENDANTS**
**HSBC Bank USA, National Association,**
**HSBC National Bank USA,**
**HSBC North America Holdings Inc., and**

HSBC USA Inc.


**GREENBERG TRAURIG, LLP**
By: /s/ Allan A. Kassenoff
Mark Calhoun
Texas Bar No. 03641500
Tanya Henderson
Texas Bar No. 50511706
2200 Ross Avenue
Dallas, Texas 75201
Tel: 214.665.3600
Fax: 214.665.3601
Email: calhounm@gtlaw.com
Email: hendersontd@gtlaw.com

Scott J. Bornstein
Allan A. Kassenoff
Metlife Building
200 Park Avenue, 34th Floor
New York, NY 10166
Tel: 212.801.9200
Fax: 212.801.6400
Email: bornsteins@gtlaw.com
Email: kassenoffa@gtlaw.com

**ATTORNEY FOR DEFENDANTS**
**Metavante Corporation and**
**Metavante Technologies, Inc.**


**MORGAN LEWIS & BOCKIUS LLP**

By:   /s/ Winstol D. Carter, Jr.
Winstol D. Carter, Jr.
Texas Bar No. 03932950
Rick L. Rambo
Texas Bar No. 00791479
1000 Louisiana Street
Suite 4200
Houston, TX  77002
Tel:     713.890.5000
Fax:    713.890.5001
Email: wcarter@morganlewis.com
          rrambo@morganlewis.com

**ATTORNEY FOR DEFENDANTS**
**Morgan Stanley,**
**Morgan Stanley & Co. Incorporated,**
**PNC Bank, Delaware,**
**PNC Bank, National Association, and**
**The PNC Financial Services Group, Inc.**

**THE DAVIS FIRM, PC**

By: /s/ William Ellsworth Davis, III
William Ellsworth Davis, III, *Lead Attorney*
Texas Bar No. 2407416
The Davis Firm, PC
111 West Tyler Street
Longview, TX  75601
Tel:     903.230.9090
Fax:    903.230.9661
Email: bdavis@bdavisfirm.com

**WARD & OLIVO**

John F. Ward
John W. Olivo, Jr.
David M. Hill
Maureen V. Abbey
380 Madison Avenue
New York, New York  10017
Tel:     212.697.6262
Fax:    212.972.5866
Email: wardj@wardolivo.com
          olivoj@wardolivo.com
          hilld@wardolivo.com
          abbeym@wardolivo.com

**ATTORNEY FOR DEFENDANTS**
**SunTrust Bank, and**
**SunTrust Banks, Inc.**

**K&L GATES LLP**

By:   /s/ John H. McDowell, Jr.
John H. McDowell, Jr.
Texas Bar No. 13570825
Benjamin Jack Setnick

        Texas Bar No. 24058820
        1717 Main Street
        Suite 2800
        Dallas, TX  75201
        Tel:    214.939.5500
        Fax:   214.939.5849
        Email: john.mcdowell@klgates.com
                ben.setnick@klgates.com

        Minh-Hien Nguyen
        Texas Bar No. 00795293
        600 Congress Ave., Ste. 900
        Austin, TX  78701
        Tel:    512.482.6811
        Fax:   512.482.6859
        Email: minh-hien.nguyen@klgates.com

        **ATTORNEY FOR DEFENDANTS**
        **Texas Capital Bancshares, Inc., and**
        **Texas Capital Bank, National Association**

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was served via the Court's CM/ECF system in accordance with Local Rule CV-5(a) to all counsel of record on May 29, 2009.

                                  /s/  Mitchell M. Blakely