**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| LEON STAMBLER, § | |
| § | |
| Plaintiff, § | |
| § | CIVIL ACTION NO. 2:08-CV-462-DF |
| v. § | |
| § | |
| MERRILL LYNCH & CO., INC., *et al.*, § | |
| § | |
| Defendants. § | |

**<u>NOTICE OF *KESSLER* DEFENSE</u>**

Pursuant to the Court's instruction, Defendants The Charles Schwab Corporation; Charles Schwab & Co., Inc.; Charles Schwab Bank; E*TRADE Financial Corporation; E*TRADE Bank; Fidelity Brokerage Services LLC; National Financial Services LLC; FMR LLC; PayPal, Inc.; and American Express Company (collectively, "Moving Defendants") and Defendants Amegy Bank National Association; American Bank of Commerce; BB&T Corporation; Branch Banking and Trust Company; Colonial Bank; The Colonial Bancgroup, Inc.; First National Bank; First National Bank Group, Inc.; HSBC Bank USA, National Association; HSBC National Bank USA; HSBC North America Holdings Inc.; HSBC USA Inc.; Jack Henry & Associates, Inc.; LegacyTexas Bank; LegacyTexas Group, Inc.; Metavante Corporation; Metavante Technologies, Inc.; Morgan Stanley; Morgan Stanley & Co. Incorporated; PNC Bank, Delaware; PNC Bank, National Association; The PNC Financial Services Group, Inc.; Prosperity Bancshares, Inc.; Prosperity Bank; Sterling Bancshares, Inc.; Sterling Bank; SunTrust Bank; SunTrust Banks, Inc.; Texas Capital Bancshares, Inc.; Texas Capital Bank, National Association; U.S. Bancorp; U.S Bank National Association; Zions Bancorporation; and Zions First National Bank (collectively

"Joining Defendants") hereby respectfully submit this Notice Of *Kessler* Defense and state as follows:

1. On September 12, 2008, Plaintiff filed a declaratory judgment action in this Court against VeriSign, captioned *Stambler v. VeriSign, Inc*., No. 2:08-cv-00348-DF (the "Stambler DJ Action"). In the Stambler DJ Action, Plaintiff sought, among other things, a declaratory judgment that Plaintiff is not barred by the *Kessler* Doctrine from pursuing patent infringement claims against VeriSign's customers based on their use of technology that was found not to infringe in an earlier infringement lawsuit filed by Plaintiff against VeriSign in the United States District Court for the District of Delaware, Case No. 01-65-SLR (the "Delaware Action").

2. Subsequently, on December 4, 2008, Stambler filed this action against Moving Defendants and 36 other parties including Joining Defendants, alleging infringement of the same two Stambler patents at issue in the Stambler DJ Action and the Delaware Action, based on Defendants' use of the same technology that was found in the Delaware Action to be non-infringing. [Dkt. No. 1].

3. Moving Defendants answered the Complaint on February 17, 2009, denying infringement and pleading a number of defenses, including defenses that Plaintiff's infringement claims are barred, in whole or in part, by the *Kessler* Doctrine*,* res judicata, and collateral estoppel in light of the non-infringement judgment in the Delaware Action.

4. On February 18, 2009, because of the *Kessler* Doctrine issues common to both cases, Moving Defendants filed a motion to stay this case pending the outcome of the Stambler DJ Action. [Dkt. No. 180]. The Joining Defendants in this action joined in the motion on March 20, 2009. [Dkt. No. 219]. Plaintiff responded on April 20, 2009. [Dkt. No. 222]. Moving

Defendants filed their reply on May 27, 2009 [Dkt. No. 236], and Joining Defendants joined on May 29, 2009.  [Dkt. No. 240].

5. Subsequently, Plaintiff and VeriSign entered into a settlement agreement in the Stambler DJ Action, and the Stambler DJ Action was dismissed without prejudice.  [Dkt. No. 245].  All Defendants are currently evaluating this settlement agreement and reserve the right to challenge it as, among other things, an intentional interference with VeriSign's contractual indemnification obligations and/or a form of patent misuse.

6. On June 3, 2009, this Court held a scheduling conference and adopted the parties' proposed schedule for the case.  The Court instructed the Defendants to notify the Court within 14 days as to the status of Defendants' motion to stay and Defendants' *Kessler* defense in view of the dismissal of the Stambler DJ Action.  [Dkt. No. 244].

7. Because of the dismissal of the Stambler DJ Action, Moving Defendants hereby withdraw their motion to stay as moot, and Joining Defendants adopt the same.

8. All Defendants further state that their defense under the *Kessler* Doctrine is not impacted by the dismissal of the Stambler DJ Action or the settlement agreement between Stambler and VeriSign, and that all Defendants will be moving forward with their *Kessler* Doctrine defense, as well as all of their other defenses to Plaintiff's infringement claims, including but not limited to Defendants' collateral estoppel and res judicata defenses.

Dated:  June 17, 2009                           Respectfully submitted,

*/s/ Michael E. Jones*
Michael E. Jones
SBN: 10929400
mikejones@potterminton.com
Allen F. Gardner
SBN: 24043679
allengardner@potterminton.com
**POTTER MINTON PC**

110 North College 500 Plaza Tower
Tyler, Texas 75702
(903) 597-8311

and

John M. Desmarais (*pro hac vice*)
Peter J. Armenio (*pro hac vice*)
James E. Marina (*pro hac vice*)
John C. Spaccarotella (*pro hac vice*)
Wanda French-Brown (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
Citigroup Center
153 East 53rd Street
New York, New York  10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

**ATTORNEYS FOR DEFENDANTS The Charles Schwab Corporation, Charles Schwab & Co., Inc., Charles Schwab Bank, E*TRADE Financial Corporation, E*TRADE Bank, Fidelity Brokerage Services LLC, National Financial Services LLC, FMR LLC, PayPal, Inc., and American Express Company**

By: */s/ Anthony H. Son, with permission by Michael E. Jones*
Anthony H. Son
CONNOLLY BOVE LODGE & HUTZ LLP
1875 Eye Street, N.W.
Suite 1100
Washington, D.C. 20006
Tel: 202.331.7111
Fax: 202.293.6229
Email: ason@cblh.com

J. Kurt Truelove (Bar No.: 24013653)
PATTON, TIDWELL & SCHROEDER, LLP
4605 Texas Blvd., P.O. Box 5398
Texarkana, TX 75503
Tel : (903) 792-7080
Fax : (903) 792-8233
Email: ktruelove@texarkanalaw.com

**ATTORNEYS FOR DEFENDANTS Amegy Bank National Association,**

**U.S. Bancorp,**
**U.S. Bank National Association,**
**Zions Bancorporation, and**
**Zions First National Bank**

By: */s/ John F. Luman, III, with permission by Michael E. Jones*
John F. Luman, III
Texas Bar No. 00794199
BRACEWELL & GIULIANI
711 Louisiana Street
Suite 2300
Houston, TX 77002-2770
Tel: 713.221.1596
Fax: 713.221.1212
Email: john.luman@bgllp.com

**ATTORNEY FOR DEFENDANTS**
**Prosperity Bancshares, Inc., and**
**Prosperity Bank**

By: */s/ Terry L. Scarborough, with permission by Michael E. Jones*
Terry L. Scarborough
State Bar No. 17716000
Tonia L. Lucio
State Bar No. 00793080
HANCE SCARBOROUGH LLP
111 Congress Avenue, Suite 500
Austin, Texas  78701
(512) 479-8888
(512) 482-6891 (facsimile)
Email: tscarborough@hslawmail.com
Email: tlucio@hslawmail.com

**ATTORNEYS FOR DEFENDANT**
**American Bank of Commerce**

By: */s/ William Ellsworth Davis, III, with permission by Michael E. Jones*
William Ellsworth Davis, III, *Lead Attorney*
Texas Bar No. 2407416
THE DAVIS FIRM, PC

111 West Tyler Street
Longview, TX 75601
Tel: 903.230.9090
Fax: 903.230.9661
Email: bdavis@bdavisfirm.com

Barry Golob (*Pro Hac Vice*)
DUANE MORRIS, LLP
505 9th Street N.W., Ste. 1000
Washington, D.C. 20004-2166
Tel: 202.776.7800
Fax: 202.776.7801
Email: bgolob@duanemorris.com

Louis N. Jameson (Georgia Bar No. 003970)
Leah J. Poynter (*Pro Hac Vice*)
DUANE MORRIS, LLP
1180 West Peachtree Street, Ste. 700
Atlanta, GA 30309
Tel: 404.253.6915
Fax: 404.253.6901
Email: LPoynter@duanemorris.com
Email: WJameson@duanemorris.com

**ATTORNEY FOR DEFENDANTS**
**BB&T Corporation, and**
**Branch Banking and Trust Company**


By: */s/ Tonya M. Gray, with permission by Michael E. Jones*
Gerald C. Conley
Texas Bar No. 04664200
Tonya M. Gray
Texas Bar No. 24012726
ANDREWS KURTH LLP
1717 Main St.
Suite 3700
Dallas, TX 75201
Tel: 214.659.4400
Fax: 214.659.4401
Email: geraldconley@andrewskurth.com
Email: tonyagray@andrewskurth.com

OF COUNSEL:
William G. Compton
Texas Bar No. 04652350

billcompton@andrewskurth.com
ANDREWS KURTH LLP
1717 Main Street, Suite 3700
Dallas, Texas 75201
Tel: 214.659.4400
Fax: 214.659.4401

**ATTORNEY FOR DEFENDANTS**
**Colonial Bank,**
**The Colonial Bancgroup, Inc.,**
**Sterling Bancshares, Inc., and**
**Sterling Bank**

By: */s/ Sim Israeloff, with permission by*
*Michael E. Jones*
Sim Israeloff
Texas Bar No. 10435380
David Johnson
Texas Bar No. 24032598
COWLES & THOMPSON
901 Main Street, Suite 3900
Dallas, TX 75202-3793
Tel: 214.672.2131 (Sim Israeloff)
Fax: 214.672.2331 (Sim Israeloff)
Tel: 214.672.2186 (David Johnson)
Fax: 214.672.2386 (David Johnson)
Email: sisraeloff@cowlesthompson.com
Email: djohnson@cowlesthompson.com

**ATTORNEY FOR DEFENDANTS**
**First National Bank,**
**First National Bank Group, Inc.,**
**Jack Henry & Associates, Inc.,**
**LegacyTexas Bank, and**
**LegacyTexas Group, Inc.**

By: */s/ Edwin R. DeYoung, with permission*
*by Michael E. Jones*
Edwin R. DeYoung
Texas Bar No. 05673000
Roy W. Hardin
Texas Bar No. 08968300
Roger B. Cowie
Texas Bar No. 00783886
LOCKE LORD BISSELL & LIDDELL LLP

2200 Ross Ave.
Suite 2200
Dallas, TX 75201-6776
Tel: 214.740.8500
Fax: 214.740.8800
Email: edeyoung@lockelorde.com
Email: rhardin@lockelord.com
Email: rcowie@lockelord.com

**ATTORNEY FOR DEFENDANTS**
**HSBC Bank USA, National Association,**
**HSBC National Bank USA,**
**HSBC North America Holdings Inc., and**
**HSBC USA Inc.**


By: */s/ Allan A. Kassenoff, with permission by Michael E. Jones*
Mark Calhoun
Texas Bar No. 03641500
Tanya Henderson
Texas Bar No. 50511706
GREENBERG TRAURIG, LLP
2200 Ross Avenue
Dallas, Texas 75201
Tel: 214.665.3600
Fax: 214.665.3601
Email: calhounm@gtlaw.com
Email: hendersontd@gtlaw.com

Scott J. Bornstein
Allan A. Kassenoff
GREENBERG TRAURIG, LLP
Metlife Building
200 Park Avenue, 34th Floor
New York, NY 10166
Tel: 212.801.9200
Fax: 212.801.6400
Email: bornsteins@gtlaw.com
Email: kassenoffa@gtlaw.com

**ATTORNEYS FOR DEFENDANTS**
**Metavante Corporation and**
**Metavante Technologies, Inc.**

By: */s/ Winstol D. Carter, Jr., with permission by Michael E. Jones*
Winstol D. Carter, Jr.
Texas Bar No. 03932950
Rick L. Rambo
Texas Bar No. 00791479
MORGAN LEWIS & BOCKUS LLP
1000 Louisiana Street
Suite 4200
Houston, TX 77002
Tel: 713.890.5000
Fax: 713.890.5001
Email: wcarter@morganlewis.com
Email: rrambo@morganlewis.com

**ATTORNEY FOR DEFENDANTS**
**Morgan Stanley,**
**Morgan Stanley & Co. Incorporated,**
**PNC Bank, Delaware,**
**PNC Bank, National Association, and**
**The PNC Financial Services Group, Inc.**


By: */s/ William Ellsworth Davis, III, with permission by Michael E. Jones*
William Ellsworth Davis, III, *Lead Attorney*
Texas Bar No. 2407416
THE DAVIS FIRM, PC
111 West Tyler Street
Longview, TX 75601
Tel: 903.230.9090
Fax: 903.230.9661
Email: bdavis@bdavisfirm.com

John F. Ward
John W. Olivo, Jr.
David M. Hill
Maureen V. Abbey
WARD & OLIVO
380 Madison Avenue
New York, New York 10017
Tel: 212.697.6262
Fax: 212.972.5866
Email: wardj@wardolivo.com
Email: olivoj@wardolivo.com
Email: hilld@wardolivo.com
Email: abbeym@wardolivo.com

**ATTORNEY FOR DEFENDANTS**
**SunTrust Bank, and**
**SunTrust Banks, Inc.**

By: */s/ John H. McDowell, Jr., with permission by Michael E. Jones*
John H. McDowell, Jr., *Lead Attorney*
Texas Bar No. 13570825
Benjamin Jack Setnick
Texas Bar No. 24058820
K&L GATES LLP
1717 Main Street
Suite 2800
Dallas, TX 75201
Tel: 214.939.5500
Fax: 214.939.5849
Email: john.mcdowell@klgates.com
Email: ben.setnick@klgates.com

Minh-Hien Nguyen
Texas Bar No. 00795293
K&L GATES LLP
600 Congress Ave., Ste. 900
Austin, TX 78701
Tel: 512.482.6811
Fax: 512.482.6859
Email: minh-hien.nguyen@klgates.com

**ATTORNEYS FOR DEFENDANTS**
**Texas Capital Bancshares, Inc., and**
**Texas Capital Bank, National Association**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on June 17, 2009. Any other counsel of record will be served by First Class U.S. mail on this same date.

*/s/ Michael E. Jones*