**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| LEON STAMBLER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:08-cv-462 |
| | § | |
| MERRILL LYNCH & CO., INC; et al | § | **JURY TRIAL DEMANDED** |
| | § | |
| Defendants. | § | |
| | § | |

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS
U.S. BANCORP AND U.S. BANK NATIONAL ASSOCIATION**

Pursuant to Fed. R. Civ. 41(a)(2) and (c), Plaintiff Leon Stambler ("Plaintiff") and Defendants U.S. Bancorp and U.S. Bank National Association hereby stipulate that all claims and causes of action asserted by Plaintiff against Defendants U.S. Bancorp and U.S. Bank National Association, and all claims and causes of action asserted by Defendants U.S. Bancorp and U.S. Bank National Association against Plaintiff in the above-entitled and numbered action be, and hereby are, dismissed with prejudice to re-filing same.  A proposed order is attached as Exhibit A.  Each party shall bear its own costs and attorneys' fees.

**DATED:  October 27, 2009.**

/s/ Brent N. Bumgardner
Texas State Bar No. 00795272
Attorney-in-Charge
Edward R. Nelson, III
State Bar No. 00797142
Barry J. Bumgardner
Texas State Bar No. 00793424
Christie B. Lindsey
Texas State Bar No. 24041918
Steven W. Hartsell

**CONNOLLY BOVE LODGE & HUTZ LLP**
By:  /s/ Anthony H. Son
Anthony H. Son
mailto:
1875 Eye Street, N.W.
Suite 1100
Washington, D.C. 20006
Tel: 202.331.7111
Fax: 202.293.6229
Email: ason@cblh.com

| | |
|---|---|
| Texas State Bar No. 24040199<br>Ryan P. Griffin<br>Texas State Bar No. 24053687<br>Decker A. Cammack<br>Texas State Bar No. 24036311<br>NELSON BUMGARDNER CASTO, P.C.<br>3131 West 7th Street, Suite 300<br>Fort Worth, TX 76107<br>(817) 377-9111<br>Fax (817) 377-3494<br>bbumgardner@nbclaw.net<br>enelson@nbclaw.net<br>barry@nbclaw.net<br>clindsey@nbclaw.net<br>shartsell@nbclaw.net<br>rgriffin@nbclaw.net<br>dcammack@nbclaw.net | **PATTON, TIDWELL, & SCHROEDER, LLP**<br>J. Kurt Truelove (Bar No.: 24013653)<br>4605 Texas Blvd., P.O. Box 5398<br>Texarkana, TX 75503<br>Tel : (903) 792-7080<br>Fax : (903) 792-8233<br>Email: ktruelove@texarkanalaw.com<br><br>**ATTORNEYS FOR DEFENDANTS**<br>**U.S. BANCORP AND U.S. BANK**<br>**NATIONAL ASSOCIATION** |

Eric M. Albritton
State Bar No. 00790215
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, TX  75606
(903) 757-8449
(903) 758-7397 (fax)
ema@emafirm.com

T. John Ward, Jr.
State Bar No. 00794818
WARD & SMITH LAW FIRM
P.O. Box 1231
Longview, Texas  75606
(903) 757-6400
(903) 757-2323 (fax)
jw@jwfirm.com

Ronald A. Dubner
Texas State Bar No. 06149000
4965 Preston Park, Suite 560
Plano, Texas 75093
(972) 964-6500
(972) 964-6533 (fax)
rondub@gte.com

**ATTORNEYS FOR PLAINTIFF**
**LEON STAMBLER**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of October 2009, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ Brent N. Bumgardner