IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LEON STAMBLER, | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:08-cv-462 |
| | § | |
| MERRILL LYNCH & CO., INC.; *et al.* | § | JURY TRIAL DEMANDED |
|    Defendants. | § | |

## JOINT MOTION TO AMEND THE DOCKET CONTROL ORDER

Plaintiff Leon Stambler and Defendants Fidelity Brokerage Services LLC, National Financial Services LLC, FMR LLC, PayPal, Inc., Prosperity Bancshares, Inc., Prosperity Bank, BB&T Corporation, Branch Banking and Trust Company, Sterling Bancshares, Inc., Sterling Bank, The Colonial Bancgroup, Inc., Colonial Bank, First National Bank, First National Bank Group, Inc., Jack Henry & Associates, Inc., LegacyTexas Bank, Legacy Texas Group, Inc., HSBC Bank USA, National Association, HSBC National Bank USA, HSBC North America Holdings Inc, HSBC USA Inc., Metavante Corporation, Metavante Technologies, Inc., Morgan Stanley, Morgan Stanley & Co. Incorporated, SunTrust Bank, SunTrust Banks, Inc., Texas Capital Bancshares, Inc., and Texas Capital Bank, National Association (collectively, "the parties") file this Joint Motion to Amend Docket Control Order, and in support thereof, show the following:

The Docket Control Order currently sets the deadline for compliance with Local Patent Rule ("P.R.") 4-1 as October 30, 2009. The parties have agreed to extend this deadline up to and including November 6, 2009.

This extension is not requested for purpose of delay and does not affect the current trial date.

WHEREFORE, the parties respectfully request that the Court grant this Joint Motion and amend the Docket Control Order as set forth above.

A proposed Order is submitted herewith.

Dated: October 30, 2009

Respectfully submitted,

By: */s/ Michael E. Jones*
Michael E. Jones
SBN: 10929400
mikejones@potterminton.com
Allen F. Gardner
SBN: 24043679
allengardner@potterminton.com
**POTTER MINTON PC**
110 North College 500 Plaza Tower
Tyler, Texas 75702
(903) 597-8311

John M. Desmarais
Peter J. Armenio
James E. Marina
John C. Spaccarotella
Perry Clark
Zhuanjia Gu
**KIRKLAND & ELLIS LLP**
Citigroup Center
153 East 53rd Street
New York, New York  10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

**ATTORNEYS FOR DEFENDANTS**
**Fidelity Brokerage Services LLC, National Financial Services LLC, FMR LLC, and PayPal, Inc.**

By: */s/ Christie B. Lindsey w/ permission by Michael E. Jones*
Christie B. Lindsey
Texas State Bar No. 24041918
Brent N. Bumgardner
Texas State Bar No. 00795272
Attorney-in-Charge
Edward R. Nelson, III
Texas State Bar No. 00797142

Barry J. Bumgardner
Texas State Bar No. 00793424
Steven W. Hartsell
Texas State Bar No. 24040199
Ryan P. Griffin
Texas State Bar No. 24053687
**NELSON BUMGARDNER CASTO, P.C.**
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
(817) 377-9111
Fax (817) 377-3485
bbumgardner@nbclaw.net
enelson@nbclaw.net
barry@nbclaw.net
clindsey@nbclaw.net
shartsell@nbclaw.net
rgriffin@nbclaw.net

Eric M. Albritton
Texas State Bar No. 00790215
Albritton Law Firm
P.O. Box 2649
Longview, TX  75606
(903) 757-8449
(903) 758-7397 (fax)
ema@emafirm.com

T. John Ward, Jr.
Texas State Bar No. 00794818
Ward & Smith Law Firm
111 W. Tyler Street
Longview, Texas  75601
(903) 757-6400
(903) 757-2323 (fax)
jw@jwfirm.com

Ronald A. Dubner
Texas State Bar No. 06149000
4965 Preston Park, Suite 560
Plano, Texas 75093
(972) 964-6500
(972) 964-6533 (fax)
rondub@gte.com

**ATTORNEYS FOR PLAINTIFF
LEON STAMBLER**

By: */s/ John F. Luman, III w/ permission*
*By Michael E. Jones*
John F. Luman, III
Texas Bar No. 00794199
**BRACEWELL & GIULIANI**
711 Louisiana Street
Suite 2300
Houston, TX 77002-2770
Tel: 713.221.1596
Fax: 713.221.1212
Email: john.luman@bgllp.com

**ATTORNEY FOR DEFENDANTS**
**Prosperity Bancshares, Inc., and**
**Prosperity Bank**


By: */s/ William Ellsworth Davis, III w/ permission*
*By Michael E. Jones*
William Ellsworth Davis, III, *Lead Attorney*
Texas Bar No. 2407416
**THE DAVIS FIRM, PC**
111 West Tyler Street
Longview, TX 75601
Tel: 903.230.9090
Fax: 903.230.9661
Email: bdavis@bdavisfirm.com

Barry Golob (*Pro Hac Vice*)
**DUANE MORRIS, LLP**
505 9th Street N.W., Ste. 1000
Washington, D.C. 20004-2166
Tel: 202.776.7800
Fax: 202.776.7801
Email: bgolob@duanemorris.com
Louis N. Jameson (Georgia Bar No. 003970)
Leah J. Poynter (*Pro Hac Vice*)
1180 West Peachtree Street, Ste. 700
Atlanta, GA 30309
Tel: 404.253.6915
Fax: 404.253.6901
Email: LPoynter@duanemorris.com
Email: WJameson@duanemorris.com

**ATTORNEY FOR DEFENDANTS**
**BB&T Corporation, and**
**Branch Banking and Trust Company**

By: */s/ Tonya M. Gray w/ permission*
By Michael E. Jones
Gerald C. Conley
Texas Bar No. 04664200
Tonya M. Gray
Texas Bar No. 24012726
**ANDREWS KURTH LLP**
1717 Main St.
Suite 3700
Dallas, TX 75201
Tel: 214.659.4400
Fax: 214.659.4401
Email: geraldconley@andrewskurth.com
Email: tonyagray@andrewskurth.com

OF COUNSEL:
William G. Compton
Texas Bar No. 04652350
billcompton@andrewskurth.com
1717 Main Street, Suite 3700
Dallas, Texas 75201
Tel: 214.659.4400
Fax: 214.659.4401

**ATTORNEY FOR DEFENDANTS**
**Sterling Bancshares, Inc., Sterling Bank,**
**The Colonial Bancgroup, Inc., and Colonial**
**Bank**


By: */s/ Sim Israeloff w/permission*
By Michael E. Jones
Sim Israeloff
Texas Bar No. 10435380
David Johnson
Texas Bar No. 24032598
**COWLES & THOMPSON**
901 Main Street, Suite 3900
Dallas, TX 75202-3793
Tel: 214.672.2131 (Sim Israeloff)
Fax: 214.672.2331 (Sim Israeloff)
Tel: 214.672.2186 (David Johnson)
Fax: 214.672.2386 (David Johnson)
Email: sisraeloff@cowlesthompson.com
Email: djohnson@cowlesthompson.com

**ATTORNEY FOR DEFENDANTS**
**First National Bank,**
**First National Bank Group, Inc.,**
**Jack Henry & Associates, Inc.,**
**LegacyTexas Bank, and**
**LegacyTexas Group, Inc.**


By: */s/ Edwin R. DeYoung w/ permission*
*By Michael E. Jones*
Edwin R. DeYoung
Texas Bar No. 05673000
Roy W. Hardin
Texas Bar No. 08968300
Roger B. Cowie
Texas Bar No. 00783886
**LOCKE LORD BISSELL & LIDDELL LLP**
2200 Ross Ave.
Suite 2200
Dallas, TX 75201-6776
Tel: 214.740.8500
Fax: 214.740.8800
Email: edeyoung@lockelorde.com
Email: rhardin@lockelord.com
Email: rcowie@lockelord.com

**ATTORNEY FOR DEFENDANTS**
**HSBC Bank USA, National Association,**
**HSBC National Bank USA,**
**HSBC North America Holdings Inc., and**
**HSBC USA Inc.**



By: */s/ Allan A. Kassenoff w/ permission*
*By Michael E. Jones*
Mark Calhoun
Texas Bar No. 03641500
Tanya Henderson
Texas Bar No. 50511706
**GREENBERG TRAURIG, LLP**
2200 Ross Avenue
Dallas, Texas 75201
Tel: 214.665.3600

Fax: 214.665.3601
Email: calhounm@gtlaw.com
Email: hendersontd@gtlaw.com

Scott J. Bornstein
Allan A. Kassenoff
Metlife Building
200 Park Avenue, 34th Floor
New York, NY 10166
Tel: 212.801.9200
Fax: 212.801.6400
Email: bornsteins@gtlaw.com
Email: kassenoffa@gtlaw.com

**ATTORNEYS FOR DEFENDANTS**
**Metavante Corporation and**
**Metavante Technologies, Inc.**


By: */s/ Winstol D. Carter, Jr. w/permission*
*By Michael E. Jones*
Winstol D. Carter, Jr.
Texas Bar No. 03932950
Rick L. Rambo
Texas Bar No. 00791479
**MORGAN LEWIS & BOCKIUS LLP**
1000 Louisiana Street, Suite 4200
Houston, TX 77002
Tel: 713.890.5000
Fax: 713.890.5001
Email: wcarter@morganlewis.com
Email: rrambo@morganlewis.com

**ATTORNEY FOR DEFENDANTS**
**Morgan Stanley, and Morgan Stanley & Co.**
**Incorporated**


By: */s/ William Ellsworth Davis, III w/ permission*
*By Michael E. Jones*
William Ellsworth Davis, III, *Lead Attorney*
Texas Bar No. 2407416
**THE DAVIS FIRM, PC**
111 West Tyler Street
Longview, TX 75601
Tel: 903.230.9090

Fax: 903.230.9661
Email: bdavis@bdavisfirm.com

John F. Ward
John W. Olivo, Jr.
David M. Hill
Maureen V. Abbey
380 Madison Avenue
New York, New York 10017
Tel:    212.697.6262
Fax:    212.972.5866
Email: wardj@wardolivo.com
          olivoj@wardolivo.com
          hilld@wardolivo.com
          abbeym@wardolivo.com

**ATTORNEYS FOR DEFENDANTS**
**SunTrust Bank, and**
**SunTrust Banks, Inc.**


By: */s/ Coke Morgan Stewart w/ permission*
*By Michael E. Jones*
Alan M. Fisch
Coke Morgan Stewart
Kevin W. Jakel
**KAYE SCHOLER LLP**
901 Fifteenth St., NW
Washington, DC 20005
Tel: 202.682.3500
Fax: 202.682.3580
Email: alan.fisch@kayescholer.com
Email: coke.stewart@kayescholer.com
Email: kevin.jakel@kayescholer.com

Michael David Pegues
Texas Bar No. 15730600
Jason Aaron Wietjes
Texas Bar No. 2402154
**BRACEWELL & GIULIANI LLP**
1445 Ross Avenue
Suite 3800
Dallas, TX 75202-2711
Tel: 214.468.3800
Fax: 214.468.3888
Email: michael.pegues@bgllp.com
Email: jason.wietjes@bgllp.com

**ATTORNEYS FOR DEFENDANTS**
**Texas Capital Bancshares, Inc., and**
**Texas Capital Bank, National Association**

### CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of October, 2009, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Michael E. Jones*

{A07\8199\0001\W0408654.1 }